RECEIVED & FILED
99 SEP 16 AM 9:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDWIN JAVIER OCASIO-SERRANO, et al. | |
| Plaintiffs | Civil No. 96-2339(SEC) |
| v. | |
| JORGE L. ALOMAR-COLON, et al. | |
| Defendants | |

## ORDER

On June 1, 1999 we issued an order in which we granted plaintiffs' motion for a continuance pursuant to Fed.R.Civ.P. 56(f) and denied without prejudice defendants' motion for summary judgment, pending its resubmission once Miguel Sosa has been deposed **(Docket #53)**. In their motion for continuance, plaintiffs had requested a sixty-day extension of time to depose Miguel Sosa in order to be able to file an opposition to the motion for summary judgment. Said sixty-day period expired on August 1, 1999.

In light of the above, parties are hereby **ORDERED to FILE** an informative motion regarding the status of discovery in the above-captioned case, including a detailed description of all pending discovery and a proposed discovery timetable. In addition, parties should inform the Court on the status of Miguel Sosa's deposition, as well as whether defendants seek to resubmit their motion for summary judgment following Mr. Sosa's deposition. Said informative motion should be filed with the Court by **October 1, 1999**. Failure to comply may result in the imposition of

AO 72A
(Rev.8/82)

Civil No. 96-2339(SEC) | 2
---

sanctions.

**SO ORDERED.**

In San Juan, Puerto Rico, this __15__ day of September, 1999.

*[signature]*
SALVADOR E. CASELLAS
United States District Judge