

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EDWIN J. OCASIO-SERRRANO, ET. AL.
    Plaintiffs

        v.                        Civil No. 96-2339 (SEC)

JORGE ALOMAR-COLON, ET. AL.
    Defendants

*(RECEIVED & FILED stamp: 99 OCT 27 AM 7:46, CLERK'S OFFICE, U.S. DISTRICT COURT, SAN JUAN, PR)*

### ORDER

| MOTION | RULING |
|---|---|
| Docket #47<br>Motion Requesting Protective Order | Moot. |
| Docket #51<br>Motion for Partial Judgement | **In abeyance** until defendant's comply with the order entered on docket #61. |
| Docket #52<br>Motion Requesting Leave to Reply | Moot. |
| Docket #59<br>Motion Requesting Dismissal without Prejudice | Denied. |
| Docket #61<br>Opposition to "Motion requesting dismissal without prejudice" and Motion to Adjudicate Unopposed Motion for Summary Judgement | Original motion for summary judgement dated Dec. 15, 1999 (**Docket #42**) was denied without prejudice of resubmission after discovery (**Docket #53**). The court gave defendants until October 29, 1999 to file for summary judgement (**Docket #60**). Defendants must inform the court within ten days whether they will resubmit their motion for summary judgement on October 29, 1999 as previously established by this Court. |

DATE: October 25, 1999

                                      SALVADOR E. CASELLAS
                                      United States District Judge

