IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF SETTING                    Date: November 9, 1998

EDWIN OCASIO-SERRANO, et al    *
                               *
    Plaintiffs                 *
                               *
                               *
vs.                            *    CIVIL NO. 96-2339 (SEC)
                               *
JORGE ALOMAR-COLON, et al      *
                               *
    Defendants                 *
                               *
*******************************

By Order of the Court **Pretrial/Settlement Conference** is hereby set for **November 10, 1999 at 2:00 p.m.** This proceeding will be held before Hon. Salvador E. Casellas.

Kim Flores
Courtroom Deputy Clerk

s/c: Andrés Guillemard
     María Judith Surillo
     Notified by phone

