## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

| | |
|---|---|
| CIVIL CASE NO: **96-2339(SEC)** | DATE: November 10, 1999 |

| | |
|---|---|
| EDWIN JAVIER OCASIO-SERRANO, et. al. | Attorneys: |
| Plaintiff | Andrés Guillermard-Noble, Esq. |
| v. | |
| JORGE ALOMAR-COLON, et. al. | María Judith Surillo, Esq. |
| Defendants | |

## STATUS CONFERENCE

Status Conference **held** in Chambers today with counsel for the plaintiffs and defendants present. This status conference was called by the Court in order to dispose of plaintiffs' "Motion for Reconsideration"**(Docket #64)**, resubmitting a request for the dismissal of this case without prejudice, and the defendant's corresponding opposition **(Docket #66)**. Also considered at this meeting was defendant's motion for summary judgement **(Docket #65)**.

The Court explained to the parties the possible actions to be taken with regards to this case, in light of the plaintiff's request for dismissal without prejudice and defendants' opposition and motion for summary judgement. The Court suggested that the case be dismissed with prejudice in regards to the 42 U.S.C.A. §1983 claim. The supplemental claims under Commonwealth Law would also be dismissed, but without prejudice to the possibility of their being filed in the Commonwealth's Courts. The plaintiff's counsel was in agreement with the Court's decision and therefore, he requested that his motion for the dismissal of the case without prejudice be deemed amended to the effects of requesting a dismissal <u>with</u> prejudice as to the 42 U.S.C.A. §1983 claim. The Court therefore announced that it will enter judgment dismissing the case with prejudice in regards to the federal claims.

SALVADOR E. CASELLAS
U.S. District Judge



