# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EDWIN JAVIER OCASIO-SERRANO.    *
et. als.    *

     Plaintiffs    *

     v.    *    **Civil No. 96-2339(SEC)**

JORGE ALOMAR-COLON, et. als.    *

     Defendants    *
**************************************

## JUDGEMENT

According to the decision reached by this Court, with the parties consent, during the status conference held on November 10, 1999, and pursuant to the provisions of Fed.R.Civ.P. 54(b), this case is **DISMISSED WITH PREJUDICE** in regards to the **federal claims under 42 U.S.C.A. §1983**. The **supplemental claims** are **DISMISSED WITHOUT PREJUDICE** to their being filed in the Commonwealth Courts.

Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this _15_ day of November, 1999.

SALVADOR E. CASELLAS
United States District Judge





AO 72A
(Rev. 8/82)